# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DWAINE WRIGHT, | : | Case No. 3:15-cv-211 |
| Plaintiff, | : | |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| | : | |
| RION MacCONNELL, et al., | | |
| | : | |
| Defendants. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Substituted Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 28), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Substituted Report and Recommendation.

Accordingly, it is hereby ORDERED Plaintiff's claims against U.S. Mint Green are DISMISSED without prejudice for lack of service of process.

June 7,  2016                                      THOMAS M. ROSE

                                                    Thomas M. Rose
                                                    United States District Judge