# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DWAINE WRIGHT,

            Plaintiff,    :    Case No. 3:15-cv-211

                                              District Judge Thomas M. Rose
- vs -                                  Magistrate Judge Michael R. Merz

RION MacCONNELL,

            Defendant.    :

## ORDER TO STAY

On June 17, 2016, Defendant MacConnell filed a notice with this Court of a Chapter 7 bankruptcy filing in the United States Bankruptcy Court for the Southern District of Ohio. See Case Number 3:16-bk-31707. In his Amended Schedule, Defendant listed Plaintiff, Dwaine Wright, as a creditor owed the amount of $100,000 due to a civil judgment in the case now before this Court (See ECF No. 20 of the bankruptcy case). As of July 11, 2016, the case was still pending before the Bankruptcy Court.

Proceedings in this case are accordingly stayed pending the outcome of the bankruptcy case. The parties shall advise this Court of the status of case 3:16-bk-31707 not alter than August 1, 2016, and every sixty days thereafter.

1

IT IS SO ORDERED.

July 12, 2016.

s/ *Michael R. Merz*<br>
United States Magistrate Judge