# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DWAINE WRIGHT,

|  |  |  |  |
|---|---|---|---|
| | Plaintiff, | : | Case No. 3:15-cv-211 |
| | | | |
| | | | District Judge Thomas M. Rose |
| -  vs  - | | | Magistrate Judge Michael R. Merz |

RION MacCONNELL,

|  |  |  |
|---|---|---|
| | Defendant. | : |

---

# ORDER VACATING STAY

---

Upon advice from the United States Bankruptcy Court that Defendant's bankruptcy case has been dismissed, the stay entered herein on July 12, 2016, is VACATED.


August 26, 2016.

s/ *Michael R. Merz*
United States Magistrate Judge

1