# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DWAINE WRIGHT,

      Plaintiff,  :  Case No. 3:15-cv-211

              District Judge Thomas M. Rose
- vs -            Magistrate Judge Michael R. Merz

RION MacCONNELL,

      Defendant.  :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

  The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 51), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

  Accordingly, it is ORDERED that default judgment be entered in favor of the Plaintiff and against the Defendant in the amount of $3,691.00.  This case is TERMINATED on the docket of this Court.


February 21, 2017        *s/Thomas M. Rose

                 Thomas M. Rose
               United States District Judge