**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DWAINE WRIGHT, | : | Case No. 3:15-cv-211 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| RION MACCONNELL, | : | |
| | : | |
| Defendant, | : | |
| | : | |

---

**ENTRY AND ORDER OVERRULING DEFENDANT'S OBJECTIONS (DOC.
69) TO REPORT AND RECOMMENDATIONS (DOC. 68), ADOPTING
REPORT AND RECOMMENDATIONS (DOC. 68), AND DENYING MOTION
TO SET ASIDE DEFAULT JUDGMENT (DOC. 63)**

---

This case is before the Court on Defendant Rion MacConnell's Objections (Doc. 69) to the Report and Recommendations ("Report") (Doc. 68) of Magistrate Judge Michael R. Merz. In the Report, Magistrate Judge Merz recommends that the Court deny Defendant's Motion to Set Aside Default Judgment (Doc. 63) under Fed. R. Civ. P. 60(b). Defendant filed Objections (Doc. 69) to the Report. The time for Plaintiff Dwaine Wright to respond to the Objections has not yet expired, but the Court finds that no such response is required.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Based on said review, the Court finds that the Objections (Doc. 69) are not well-taken and are hereby **OVERRULED**. The Court **ADOPTS** the Magistrate Judge's Report (Doc. 68) in its entirety and **DENIES** the Motion to Set Aside Default Judgment (Doc. 63).

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, May 18, 2017.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE